1

2

3

4

5

6

7

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CAMELOT DISTRIBUTION GROUP,
     a California Corporation,

11
                 Plaintiff,              No. 2:11-cv-02432 GEB KJN
12
             v.
13
     DOES 1 THROUGH 1210, inclusive,
14
                 Defendant.              ORDER
15   _____/

16              Presently before the court is plaintiff's ex parte application for an order shortening

17   time in this copyright infringement action, which seeks a hearing date of September 22, 2011, in

18   regards to plaintiff's motion to expedite discovery.  Upon review of plaintiff's ex parte

19   application, and for good cause shown, IT IS HEREBY ORDERED that:

20              1.    Plaintiff's ex parte application for an order shortening time (Dkt. No. 7), is

21   granted.

22              2.    The undersigned shall hear plaintiff's motion to expedite discovery on

23   September 22, 2011, at 10:00 a.m., in Courtroom 25.

24   ////

25   ////

26   ////

                                              1

3.     Any response to plaintiff's motion to expedite discovery shall be filed on or before September 21, 2011, at 5:00 p.m.

IT IS SO ORDERED.

DATED:  September 19, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2