IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMELOT DISTRIBUTION GROUP,
a California Corporation,

     Plaintiff,                       No. 2:11-cv-02432 GEB KJN

   v.

DOES 1 THROUGH 1210, inclusive,

     Defendants.                ORDER
_____/

        On September 23, 2011, the undersigned entered an order permitting plaintiff to conduct early and expedited discovery in this case in regards to certain third-party internet service providers ("ISP" or "ISPs").[1] (See generally Order, Sept. 23, 2011, Dkt. No. 11.)  On November 10, 2011, the court received a letter from Abdullah Chowdhury, who appears to be a non-attorney and is identified as the general manager of a Motel 6 establishment in Traverse City, Michigan.  The letter is dated November 9, 2011.  It does not appear that this Motel 6 establishment is one of the subject ISPs.  Although it is not entirely clear what relation this particular Motel 6 establishment has to this case, the letter expresses concern regarding the disclosure of the motel's "information" and its guests' "computer information" to the public.

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

1  Despite the expression of concern regarding the public disclosure of sensitive information, the
2  letter contains the Internet Protocol ("IP") address of this Motel 6 establishment.
3        The court takes no action with respect to Mr. Chowdhury's letter.  If this Motel 6
4  establishment is concerned about the disclosure of private information, it should contact the party
5  that intends to disclose the information and attempt to seek a stipulated protective order or other
6  appropriate relief.  Alternatively, it may seek appropriate relief from the court in the form of a
7  protective order.  However, Mr. Chowdhury and the establishment he manages are advised that
8  to the extent that this Motel 6 establishment is a corporate entity, it may only appear in federal
9  court through a licensed attorney.  See E. Dist. Local Rule 183(a) ("A corporation or other entity
10 may appear only by an attorney."); accord United States v. High Country Broad. Co., 3 F.3d
11 1244, 1245 (9th Cir. 1993) (per curiam) (stating that "[a] corporation may appear in federal court
12 only through licensed counsel").
13       Nevertheless, the undersigned directs the Clerk of Court to file Mr. Chowdhury's
14 November 9, 2011 letter under seal because it contains a potentially sensitive IP address.  Mr.
15 Chowdhury is advised, however, that no further documents pertaining to him or the Motel 6 that
16 he manages will be filed under seal unless a sealing order is first sought in accordance with this
17 court's Local Rules, including Local Rules 140 and 141.
18       Accordingly, IT IS HEREBY ORDERED that:
19    1.    The Clerk of Court is directed to file Mr. Chowdhury's November 9, 2011
20 letter under seal.
21    2.    This order may be filed on court's public docket.
22 ////
23 ////
24 ////
25 ////
26 ////

3. The Clerk of Court is directed to serve a copy of this order by mail to:

Abdullah Chowdhury
General Manager
Motel 6
1582 U.S. 31 North
Traverse City, MI 49686

IT IS SO ORDERED.

DATED: November 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE