1  Ellen Willis
   25468 Los Flores Dr.
2  San Bernardino, CA 92404
   (909) 709-8600
3
   In Pro Se
4
                UNITED STATES DISTRICT COURT
5                EASTERN DISTRICT OF CALIFORNIA

6
   Camelot Distribution Group, a              )    Civil Action 2:11-CV -02432 GEB KJN
7  California Corporation                     )
                                               )
8                  PLAINTIFF                   )
                                               )
9  VS                                          )
                                               )
10 Does 1 thru 1210, inclusive                 )
                                               )
11                 DEFENDANT                   )
                                               )
12                                             )
                                               )
13

14

15         NOTICE OF MOTION TO QUASH SERVICE OF SUBPOENA

16

17     TO: Camelot Distribution Group, A California Corporation, and its attorney of record.

18 **PLEASE TAKE NOTICE** that Defendant Ellen Willis has filed a Motion to Quash Subpoena

19 to produce Documents.

20 The motion will be based on this Notice of Motion, on the attached memorandum of points and

21 authorities and the declaration of Ellen Willis, and on all the papers, pleading, and records on file

22 in this action.

23

24

25 Date: 1/25/12                              _____
                                                         Ellen Willis
26

27

28

1  Ellen Willis
   25468 Los Flores Dr.
2  San Bernardino, CA 92404
   (909) 709-8600
3

4  In Pro Se

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Camelot Distribution Group, a California Corporation ) ) ) PLAINTIFF ) VS ) ) Does 1 thru 1210, inclusive ) ) DEFENDANT ) ) ) | Civil Action 2:11-CV -02432 GEB KJN |

### MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OBJECTS TO PERMIT PRODUCTION OF DOCUMENTS

On Friday January 20, 2012 Movant was served with a Subpoena to produce documents (A Copy of the Subpoena is attached as Exhibit A.) Movant moves to quash the subpoena on the following grounds; Under Federal Rule of Civil Procedure 45 ( c ), ( d )., and (e ) (Effective 12/1/07 the subpoena fails to allow a reasonable time to comply; and also requires a person to travel more than 100 miles from where the person resides. Requires disclosure of privileged or other protected matter, if no exception or waiver applies; or subject a person to undue burden.

1  A motion to quash request and the Defendants right to privacy to their personal
2 documents not withstanding the foregoing, the Camelot Distribution Group, must be quashed
3 completely because it was issued in a untimely manner.

6 Dated: January 25, 2012                                    _____
                                                              Ellen Willis

## DECLARATION OF ELLEN WILLIS
## IN SUPPORT OF MOTION TO QUASH

I, Ellen Willis declare I am one of the Defendants in the above caption case. I make this declaration in support of my Motion to Quash Service of Subpoena. The facts below are personal known to be and I know them to be true except for the statements which are based upon information and belief and as for those facts I believe them also to be true. If I were to testify in a court of law I could and would testify truthfully to the facts as stated.

Time Warner sent me a copy of the attached Subpoena through the United States postal service mail and I received it on Friday January 20, 2012. In an attachment letter it stated that I had to file a Motion to Quash by February 13, 2012 as not to have to produce the documents which was requested in the Subpeona. I have no idea of why I was targeted regarding the Time Warner Subpoena in regards to my Road Runner Account with Time Warner.

I live approximately 490 miles from the Sacramento Area in order to comply with production of documents. Furthermore the information to fails to allow in a timely manner and I believe that my person information would to compromise if this I had to produce the documents which would require disclosure of privileged or other protected matter and also subjects me to an undue burden.

Wherefore I request that the Subpoena relating to my Road Runner account be quashed.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 25, 2012

_Ellen Willis_
Ellen Willis

Exhibit "A"

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virigina

Camelot Distribution Group, a California Corporation )
    *Plaintiff* )
    v. )
Does 1 through 1210, inclusive )
    *Defendant* )

Civil Action No. 2:11-CV-02432 GEB KJN

(If the action is pending in another district, state where:
Eastern District of California )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: The Custodian of Records for TIME WARNER CABLE dba Road Runner
13820 Sunrise Valley Drive Herndon, VA 20171

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

| Place: Time Warner Cable 13820 Sunrise Valley Drive, Herndon, VA 20171 | Date and Time: November 27, 2011 |
|---|---|

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10-27-11

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

OR /s/ Scott Hervey
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiff, Camelot Distribution Group, a California Corporation, who issues or requests this subpoena, are:
Scott Hervey, SBN 180188 400 Capitol Mall, 11th Floor, Sacramento, CA 95814, shervey@weintraub.com (916) 558-6000

AO-88B

1  Ellen Willis
   25468 Los Flores Dr.
2  San Bernardino, CA 92404
   (909) 709-8600
3
4  In Pro Se

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Camelot Distribution Group, a California Corporation | ) ) ) | Civil Action 2:11-CV -02432 GEB KJN |
| PLAINTIFF | ) ) | |
| VS | ) ) | |
| Does 1 thru 1210, inclusive | ) ) | |
| DEFENDANT | ) ) ) | |

### ORDER ON MOTION TO QUASH SUBPOENA

It is ordered that the Subpoena to produce document information submitted by Camelot Distribution Group, a California Corporation requesting the production of documents from Time Warner and Ellen Willis be Quashed

Date: _____

_____
Judge of the Eastern District of California

1 | Ellen Willis
2 | 25468 Los Flores Dr.
    | San Bernardino, CA 92404
3 | (909) 709-8600
4 | In Pro Se

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| Camelot Distribution Group, a ) | Civil Action 2:11-CV -02432 GEB KJN |
| California Corporation ) | |
| ) | |
| PLAINTIFF ) | PROOF OF SERVICE |
| VS ) | |
| ) | |
| Does 1 thru 1210, inclusive ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

I, The undersigned, certify and declare that I am over the age of 18 years, employed nor reside in the County of San Bernardino, State of California, and not a party to the above-entitled cause. On January 26, 2012. I, served a true copy of by personally delivering it to the person indicted below.

   Camelot Distribution Group, A California Corporation c/o Scott Hervey, Attorney
   400 Capital Mall, 11th Floor
   Sacramento, CA   95814

   Place of mailing San Bernardino, California, executed on 1/26/12, at San Bernardino, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Arvan Willis
25468 Los Flores Dr.
San Bernardino, CA 92404