IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMELOT DISTRIBUTION GROUP., a California corporation,

        Plaintiff,

    v.

DOES 1 THROUGH 1210, inclusive,

        Defendants.

2:11-cv-02432-GEB-KJN

<u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

Plaintiff's Status Report filed January 30, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on February 13, 2012, is continued to August 20, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status (Pretrial Scheduling) Conference.

Dated: February 7, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge